AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Joe Alves, individually and on behalf of of all others similarly situated, ) <br> *Plaintiff* ) <br> v. ) <br> GOODYEAR TIRE AND RUBBER COMPANY, ) <br> *Defendant* ) | Case No. 1:22-cv-11820-IT |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joe Alves .

Date: 11/01/2022

/s/ Ethan S. Binder
*Attorney's signature*

Ethan S. Binder (Admitted Pro Hac Vice)
*Printed name and bar number*
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169

*Address*

ebinder@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*