AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Joe Alves, individually and on behalf of of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-11820-IT |
| GOODYEAR TIRE AND RUBBER COMPANY, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joe Alves                                                                                                             .

Date:  11/01/2022

/s/ Carey Alexander
*Attorney's signature*

Carey Alexander (Admitted Pro Hac Vice)
*Printed name and bar number*
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169

*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

[Print]  [Save As...]                                                                                              [Reset]