# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>      Defendant. | C.A. No. 1:22-CV-11820-IT |

## NOTICE OF APPEARANCE OF MICHAEL T. MARONEY

Please enter the appearance of Michael T. Maroney as counsel to Defendant The Goodyear Tire & Rubber Company in the above captioned matter.

              Respectfully submitted,

              THE GOODYEAR TIRE & RUBBER COMPANY,

              By its attorneys,

              */s/ Michael T. Maroney*
              Michael T. Maroney (BBO #653476)
              michael.maroney@hklaw.com
              HOLLAND & KNIGHT LLP
              10 St. James Avenue
              Boston, MA  02116
Dated: November 9, 2022      (617) 523-2700

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on November 9, 2022.

             /s/ Michael T. Maroney