# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | C.A. No. 1:22-CV-11820-IT |

## CORPORATE DISCLOSURE STATEMENT
## OF THE GOODYEAR TIRE & RUBBER COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant states that The Goodyear Tire & Rubber Company ("Goodyear") is a publicly traded company and the following entities own 10% or more of Goodyear's stock: BlackRock, Inc. and Vanguard Group.

Respectfully submitted,

THE GOODYEAR TIRE & RUBBER COMPANY,

By its attorneys,

/s/ Michael T. Maroney
Michael T. Maroney (BBO #653476)
michael.maroney@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: November 9, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on November 9, 2022.

                                                  */s/ Michael T. Maroney*