# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joe Alves, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-11820-IT |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |
| Goodyear Tire and Rubber Company, | |
| Defendant. | |

The motion of Joseph P. Guglielmo, for admission of Rachel K. Tack to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Minnesota and North Dakota; and that her contact information is as follows:

Applicant's Name: Rachel K. Tack

Firm Name: Zimmerman Reed LLP

Address: 1100 IDS Center, 80 South 8th Street

City/State/Zip: Minneapolis, MN 55402

Telephone/Fax: (612) 341-0400 / (612) 341-0844

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Joe Alves, individually and on behalf of all others similarly situated, Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the District of Massachusetts.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022          _____
                                             Honorable Indira Talwani
                                             United States District Judge