# EXHIBIT A

#180570771_v1

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | C.A. No. 1:22-CV-11820-IT |

### CERTIFICATION OF MARK S. MELODIA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark S. Melodia, hereby certify as follows:

1. I am a partner in the law firm of Holland & Knight LLP, 31 West 52nd Street, New York, New York, and I am a member of the bar in the following jurisdictions:

    a.   New York (Bar No. 5059381);

    b.   New Jersey (Bar No. 002601995); and

    c.   Pennsylvania (Bar No. 53515).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

#180489346v1

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2022.

*/s/ Mark S. Melodia*
Mark S. Melodia

#180489346v1