AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Joe Alves ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-11820-IT |
| Goodyear Tire and Rubber Company ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joe Alves   .

Date:   11/16/2022

/s/ Michael J. Laird
*Attorney's signature*

Michael J. Laird (Admitted Pro Hac Vice)
*Printed name and bar number*

ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
*Address*

michael.laird@zimmreed.com
*E-mail address*

(612) 341-0400
*Telephone number*

(612) 341-0844
*FAX number*