AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Joe Alves | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-11820-IT |
| Goodyear Tire and Rubber Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joe Alves.

Date: 11/16/2022

/s/ Rachel K. Tack
*Attorney's signature*

Rachel K. Tack (Admitted Pro Hac Vice)
*Printed name and bar number*

ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
*Address*

rachel.tack@zimmreed.com
*E-mail address*

(612) 341-0400
*Telephone number*

(612) 341-0844
*FAX number*