# EXHIBIT A

#180570771_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>      Defendant. | C.A. No. 1:22-CV-11820-IT |

**CERTIFICATION OF SOPHIE L. KLETZIEN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Sophie L. Kletzien, hereby certify as follows:

1. I am an associate in the law firm of Holland & Knight LLP, 31 West 52nd Street, New York, New York, and I am a member of the bar of the State of New York (Bar No. 5860309).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.
Executed on November 16, 2022.

                       */s/ Sophie L. Kletzien*
                       Sophie L. Kletzien