UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>                  Defendant. | C.A. No. 1:22-CV-11820-IT |

**NOTICE OF APPEARANCE OF SOPHIE L. KLETZIEN**

Please enter the appearance of Sophie L. Kletzien as counsel to Defendant The Goodyear Tire & Rubber Company in the above captioned matter.

Respectfully submitted,

THE GOODYEAR TIRE & RUBBER COMPANY,

By its attorneys,

*/s/ Sophie L. Kletzien*
Sophie L. Kletzien (*Pro Hac Vice*)
sophie.kletzien@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

Dated:  November 18, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on November 18, 2022.

                                          /s/ Sophie S. Kletzien