UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOE ALVES, individually and on behalf of
all others similarly situated,
    Plaintiff,

v.          Civil Action No. 1:22-cv-11820-___

THE GOODYEAR TIRE & RUBBER COMPANY,
    Defendant.

## ORDER OF RECUSAL
November 28, 2022

TALWANI, D.J.

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

**IT IS SO ORDERED.**

/s/ Indira Talwani
**UNITED STATES DISTRICT JUDGE**