# EXHIBIT A



#179333462_v1