UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joe Alves, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Goodyear Tire and Rubber Company,<br><br>Defendant. | Case No. 1:22-cv-11820-IT<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S FORUM SELECTION CLAUSE** |

Plaintiff submits the attached case, *Byars v. The Goodyear Tire and Rubber Co.*, Case No. 5:22-cv-01358-SSS-KKx (C.D. Cal. Feb. 3, 2023), as supplemental authority, which is relevant to the issue of the validity of Defendant's forum selection clause.

Respectfully submitted,

Dated: February 20, 2023

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
Michael J. Laird (Admitted *pro hac vice*)
Rachel K. Tack (Admitted *pro hac vice*)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Joseph P. Guglielmo (BBO #67410)
Carey Alexander (Admitted *pro hac vice*)
Ethan S. Binder (Admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

## **CERTIFICATE OF SERVICE**

I, Joseph P. Gugliemlo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of February, 2023.

/s/ *Joseph P. Guglielmo*\_\_\_\_
Joseph P. Guglielmo

Dated: February 20, 2023