### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOODYEAR TIRE AND RUBBER COMPANY, <br><br> Defendant. | Case No. 1:22-cv-11820-WGY <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF FINAL JUDGMENT** |

On July 24, 2023, the Court entered a Memorandum and Order Granting Goodyear Tire and Rubber Company's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction without prejudice ("Dismissal Order"). ECF No. 45. The Dismissal Order provided Plaintiff Joe Alves ("Plaintiff") with 30 days, or until August 23, 2023, to file a motion for leave to file an amended complaint.

Now, Plaintiff declines his right to file a motion for leave to file an amended complaint and requests this Court enter an order of final judgment so that appeal can be taken.

Dated: August 15, 2023          */s/ Brian C. Gudmundson*

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimmreed.com

        Joseph P. Guglielmo BBO #671410
        Carey Alexander
        Ethan S. Binder
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        The Helmsley Building
        230 Park Avenue, 17th Fl.
        New York, NY 10169
        Tel.: (212) 223-6444
        jguglielmo@scott-scott.com
        calexander@scott-scott.com
        ebinder@scott-scott.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Brian C. Gudmundson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2023.

        */s/ Brian C. Gudmundson*
        Brian C. Gudmundson