# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:22-cv-11820-WGY |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **PLAINTIFF'S NOTICE OF APPEAL** |
| GOODYEAR TIRE AND RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that Plaintiff Joe Alves ("Plaintiff") appeals to the United States Court of Appeals for the First Circuit from this Court's Memorandum and Order granting Defendant Goodyear Tire & Rubber Company's Motion to Dismiss without prejudice, entered on July 24, 2023 (ECF No. 45). On August 15, 2023, Plaintiff declined his right to file a motion for leave to file an amended complaint and filed a Request for Entry of Judgment so that appeal may be taken.

Dated: August 15, 2023

*/s/ Brian C. Gudmundson*

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimmreed.com

Joseph P. Guglielmo BBO #671410
Carey Alexander
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Brian C. Gudmundson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2023.

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson