UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Alves v. Goodyear Tire and Rubber Company

District Court Number: 22-cv-11820-WGY

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending  Yes ____ No  X
If yes, document # _____

Sealed documents  Yes ____ No ____
If yes, document # _____

*Ex parte* documents  Yes ____ No  X
If yes, document # _____

Transcripts  Yes  X   No ____
If yes, document #  43

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#45 Memorandum and Order on Motion to Dismiss/Lack of Jurisdiction

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#45

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  47  filed on  August 15, 2023 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  August 16, 2023 .

**ROBERT M. FARRELL**
Clerk of Court

/s/ Haley Currie
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**