# United States Court of Appeals
## For the First Circuit

No. 23-1682

JOE ALVES, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

GOODYEAR TIRE AND RUBBER COMPANY,

Defendant - Appellee.

**MANDATE**

Entered: January 9, 2024

      In accordance with the judgment of December 18, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carey Alexander
Ethan Samuel Binder
Brian C. Gudmundson
Joseph P. Guglielmo
Sophie Kletzien
Michael J Laird
Michael T. Maroney
Mark Melodia
Rachel Kristine Tack