UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOE ALVES

        Plaintiff

                                      CIVIL ACTION

V.

                                      NO.   22-11820-WGY

GOODYEAR TIRE AND RUBBER COMPANY

        Defendant

## ORDER OF DISMISSAL

YOUNG, DJ,

    In accordance with the Court's allowance of the defendant's motion to dismiss on July 24, 2023, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                        By the Court,

February 26, 2024                                   /s/ Jennifer Gaudet

Date                                                           Deputy Clerk