# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,  )<br>)<br>) | Case No. 1:22-cv-11820-WGY |
| Plaintiff,  )<br>) | |
| )<br>v.  )<br>) | **PLAINTIFF'S<br>NOTICE OF APPEAL** |
| GOODYEAR TIRE AND RUBBER COMPANY,  )<br>)<br>) | |
| Defendant.  )<br>) | |

NOTICE IS HEREBY GIVEN that Plaintiff Joe Alves ("Plaintiff") appeals to the United States Court of Appeals for the First Circuit from this Court's Memorandum and Order granting Defendant Goodyear Tire & Rubber Company's motion to dismiss for lack of personal jurisdiction without prejudice, entered on February 26, 2024 (ECF No. 53). On February 26, 2024, the Court also entered its order granting Plaintiff's motion for entry of final judgment.

Dated: March 27, 2024

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
Michael J. Laird (Admitted *pro hac vice*)
Rachel K. Tack (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimmreed.com

        Joseph P. Guglielmo BBO #671410
        Carey Alexander (Admitted *pro hac vice*)
        Ethan S. Binder (Admitted *pro hac vice*)
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        The Helmsley Building
        230 Park Avenue, 17th Fl.
        New York, NY 10169
        Telephone: (212) 223-6444
        jguglielmo@scott-scott.com
        calexander@scott-scott.com
        ebinder@scott-scott.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Brian C. Gudmundson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2024.

        */s/ Brian C. Gudmundson*
        Brian C. Gudmundson