# United States Court of Appeals
## For the First Circuit

No. 24-1301

JOE ALVES, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

Defendant - Appellee.

**JUDGMENT**

Entered: April 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joseph P. Guglielmo
Carey Alexander
Brian C. Gudmundson
Ethan Samuel Binder
Michael J Laird
Rachel Kristine Tack
Michael T. Maroney
Mark Melodia
Sophie Kletzien