# United States Court of Appeals
## For the First Circuit

No. 24-1301

JOE ALVES, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

Defendant - Appellee.

**MANDATE**

Entered: April 22, 2024

In accordance with the judgment of April 22, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Carey Alexander
Ethan Samuel Binder
Brian C. Gudmundson
Joseph P. Guglielmo
Sophie Kletzien
Michael J Laird
Michael T. Maroney
Mark Melodia
Rachel Kristine Tack