# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOE ALVES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 1:22-CV-11820-WGY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the captioned action hereby stipulate to the dismissal with prejudice of all claims asserted in this action. The parties will each bear their own attorneys' fees and costs.

Dated: April 26, 2024

| JOE ALVES, | THE GOODYEAR TIRE & RUBBER COMPANY, |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Brian C. Gudmundson*<br>Brian C. Gudmundson (*Pro Hac Vice*)<br>Michael J. Laird (*Pro Hac Vice*)<br>Rachel K. Tack (*Pro Hac Vice*)<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com<br>rachel.tack@zimmreed.com<br><br>Joseph P. Guglielmo (BBO No. 671410)<br>Carey Alexander (*Pro Hac Vice*)<br>Ethan Binder (*Pro Hac Vice*)<br>**SCOTT + SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building | */s/ Michael T. Maroney*<br>Michael T. Maroney (BBO No. 653476)<br>**HOLLAND & KNIGHT LLP**<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: (617) 523-2700<br>Fax: (617) 523-6850<br>michael.maroney@hklaw.com<br><br>Mark S. Melodia (*Pro Hac Vice*)<br>Sophie L. Kletzien (*Pro Hac Vice*)<br>**HOLLAND & KNIGHT LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 513-3200<br>mark.melodia@hklaw.com<br>sophie.kletzien@hklaw.com |

230 Park Avenue, 17th Fl.
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on April 26, 2024.

                                          /s/ *Brian C. Gudmundson*